IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**MARY E. JOHNSON,**

    **Plaintiff,**

v.     **CASE NO. 2:13-cv-07797**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT ORDER

In accordance with the MEMORANDUM OPINION entered this day, it is hereby **ORDERED** as follows:

(1) Plaintiff's Motion for Summary Judgment on the Pleadings is **GRANTED** to the extent Claimant seeks remand and otherwise **DENIED**; and

(2) This matter is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g); and

(3) This action is **DISMISSED** from the docket of this court.

The Clerk is directed to provide copies of this Order to all counsel of record.

ENTER: September 30, 2014.

Dwane L. Tinsley
United States Magistrate Judge